Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

Division

|  |  |
|---|---|
| PAUL JAMES WALKER <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> AMANDA WALKER, A JAY FOWINKLE Esquire, KIRSTY MCGUINESS Esquire <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 6:25-cv-724-CEM-LHP <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PAUL JAMES WALKER |
| Street Address | 4482 BEGONIA CT |
| City and County | WINDERMERE |
| State and Zip Code | FL |
| Telephone Number | 407 607 5023 |
| E-mail Address | MAXJEFFRIES@GMAIL.COM |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | AMANDA WALKER |
| Job or Title *(if known)* | |
| Street Address | 11 Elm Court |
| City and County | QUARTER, HAMILTON |
| State and Zip Code | ML3 7FB |
| Telephone Number | +44 7971 304871 |
| E-mail Address *(if known)* | MILLYMOL@LIVE.CO.UK |

Defendant No. 2

| | |
|---|---|
| Name | AJAY FOWINKLE |
| Job or Title *(if known)* | ATTORNEY- WEISS & BARNETT |
| Street Address | 1059 MAITLAND CENTRE COMMONS BLVD |
| City and County | MAITLAND |
| State and Zip Code | FL, 32751 |
| Telephone Number | 407-843-3990 |
| E-mail Address *(if known)* | ajfowinkle@wgworl.com |

Defendant No. 3

| | |
|---|---|
| Name | KIRSTY MCGUINESS |
| Job or Title *(if known)* | ATTORNEY - BTO |
| Street Address | 48 ST VINCENT STREET |
| City and County | GLASGOW |
| State and Zip Code | SCOTLAND, G2 5HS |
| Telephone Number | +44(0)141 221 8012 |
| E-mail Address *(if known)* | kmg@bto.co.uk |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

SECTION 1 OF THE FOURTEENTH AMENDMENT OF THE US CONSITUTION
SECTION 9 OF THE FLORIDA CONSTITUTION
FLORIDA'S LONG ARM STATUTE 48.193

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* PAUL JAMES WALKER, is a citizen of the State of *(name)* FLORIDA.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      The defendant, *(name)* KIRSTY MCGUINESS, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* SCOTLAND.

  b.  If the defendant is a corporation

      The defendant, *(name)* MR A JAY FOWINKLE, is incorporated under the laws of the State of *(name)* FLORIDA, and has its principal place of business in the State of *(name)* WEISS & BARNETT.

      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* ORANGE COUNTY FLORIDA.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

LOSS OF Uk Business Sale In February 2024 $1,156,250, for loss of equity in Scottish home $525,000, for the loss of equity in the Florida home $800,000.00, for the Plaintiff's two Minor Children being forced to be come international students $600,000.00, for loss of US Work Visa $900,000.00, for loss of UK Directorships $125,000.00, for Directors loans $900,000.00. Mortgage Arrears Scottish Home $39,000.00, Council Tax Arrears $20,096.00 Mortgage Arrears Florida Home $19879.00 TOTAL $5,085,225.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE Plaintiff and the Defendant, Amanda Walker filed a Petiton (Plaintiff) and Counter Petiton (Defendant) for Dissolution of Marriage at the NINTH JUDICIAL CIRCUIT COURT, ORLANDO. THE DEFENDANT WITH THE ASSISTANCE of her FLORIDA Attorney, A JAY FOWINKLE and her SCOTTISH Lawyer KIRSTY MCGUINESS raised an unlawful Ex-Parte Motion at the Court of Session in Scotland, by Fraudulently claiming both Parties were domicilied there., and lodging mulptiple falsified exhibits and Perjurious pleadings. The Interim Interdict of Provisonal Order granted Ex Parte has cuased the Plaintiff's Bankruptcy.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The Plaintiff is seeking A Motion to Compell withdrawl of the unlawful COS Interim Interdict and Foreign Court Case on an Emergency Basis. The Plaintiff is seeking an award of Damages for the money the Unlawful Ex Partie action caused, and the Plaintiff is also seeking dmages for Defamation and Mass Tort to include Loss of UK Business Sale In February 2024 $1,156,250, for loss of equity in Scottish home $525,000, for the loss of equity in the Florida home $800,000.00, for the Plaintiff's two Minor Children being forced to be come international students $600,000.00, for loss of US Work Visa $900,000.00, for loss of UK Directorships $125,000.00, for Directors loans $900,000.00. TOTAL $5,006,250.00. Removal of Bankrutpcy caused by Defedant's actions.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/28/2025

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: PAULJAMES WALKER

### B. For Attorneys

Date of signing:

Signature of Attorney: n/a
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: